UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

                     CASE NO. BKY**22-41522** KAC
                     CHAPTER 13

**Richard Marshall,**

                     REPORT OF STANDING
                     TRUSTEE TO MOTION OF
                     **Healthy Spaces 16, LLC**
                     FOR RELIEF FROM STAY

In response to the above motion, the Trustee reports to the Court as follows:

1. As of **October 21, 2022** the Trustee has received payments totaling $0.00 from the debtor(s). Debtor(s) is current on payments required under the proposed plan. The Trustee has funds on hand for distribution of $0.00.

2. The Trustee has reviewed the above motion as to its possible effect on the debtor(s)' plan and the claims of the other creditors as provided for thereunder, **and the trustee notes the following:**

    The plan does not assume the movant's lease.  Confirmation of the plan would deem the lease as rejected.  The trustee does not object to the motion.

                                        Standing Chapter 13 Trustee

Dated: October 21, 2022

                                        /e/  Gregory A. Burrell
                                        Gregory A. Burrell, Trustee
                                        Jeffrey M, Bruzek, Counsel (#319260)
                                        Heather M. Forrest, Counsel (#398764)

copy to: U.S. Trustee
Samuel R. Coleman
Jeffrey H. Butwinick

## VERIFICATION

      I, Linda Goneau, an employee of Gregory A. Burrell, the Standing Chapter 13 Trustee, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

/e/ Linda Goneau
Linda Goneau
100 South Fifth Street
Suite 480 South
Minneapolis, MN 55402
